UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| -v- | 1:16-CR-675 (JMF) |
| | 1:16-CR-801 (JMF) |
| | ORDER |
| LUCHONE ELZEY, | |
| Defendant. | |

JESSE M. FURMAN, U.S. District Judge:

As discussed on the record at the conference held earlier today, IT IS HEREBY

ORDERED THAT THE SPECIAL CONDITIONS OF SUPERVISED RELEASE FOR

DEFENDANT LUCHONE ELZEY ("You") SHALL BE MODIFIED AS FOLLOWS: You will

participate in an inpatient treatment program approved by the United States Probation Office,

which program may include testing to determine whether you have reverted to using drugs or

alcohol.  You must contribute to the cost of services rendered based on your ability to pay and

the availability of third-party payments.  The Court authorizes the release of available drug

treatment evaluations and reports, including the presentence investigation report, to the substance

use disorder treatment provider.

SO ORDERED.

Dated:  November 2, 2023
        New York, New York

_____
JESSE M. FURMAN
United States District Judge